UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID C. TWEEDY,

                Plaintiff,

-against-

RTI INTERNATIONAL,

                Defendant.

24-CV-7202 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated September 25, 2024, the Court directed Plaintiff, within 30 days, to either pay the $405.00 in fees required to bring a civil action in this court or submit a completed application to proceed *in forma pauperis*. (ECF 4.) On November 4, 2024, Plaintiff filed a letter stating that he recently discovered from his bank that his check for the fees was lost in the mail and asking for an extension of time to pay the fees.

    The Court grants Plaintiff's request for an extension of time to pay the fees. Within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an application to proceed *in forma pauperis*. If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the Court will dismiss the action without prejudice to refiling.

SO ORDERED.

Dated:   November 8, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                 Chief United States District Judge