```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/26/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID C. TWEEDY,

                    Plaintiff,

    -against-

RTI INTERNATIONAL,

                    Defendant.

24-CV-7202 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, United States District Judge:**

    Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant RTI International. Plaintiff is directed to serve the summons and complaint on RTI International within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served RTI International or requested an extension of time to do so, the Court may dismiss the claims against RTI International under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:  December 26, 2024
           New York, New York

                                            ANDREW L. CARTER
                                          United States District Judge