UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| DAVID C. TWEEDY, | : | |
| | : | |
| Plaintiff, | : | 24-cv-7202 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| RTI INTERNATIONAL, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff filed the Complaint in this matter on September 22, 2024 and on December 26, 2024, the Court entered an order of service directing Plaintiff to serve the summons and Complaint on Defendant within 90 days of the issuance of the summons. ECF Nos. 1, 7. Accordingly, Plaintiff should have served the summons by March 25, 2025. As of May 29, 2025, the Court has not received notice that the Complaint has been served on Defendant.

      Fed. R. Civ. P. 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff is ordered to serve Defendant by June 12, 2025 or advise the Court in a letter by that date as to why it is unable to serve the Complaint.

**SO ORDERED.**

Dated: New York, New York
       May 29, 2025

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**