**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TWEEDY**

                **Plaintiff,**

        **-against-**

**RTI INTERNATIONAL**

               **Defendant.**

**24-CV-7202 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' request for a pre-motion conference. ECF No. 22.

The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) for a

telephonic conference on January 21, 2026 at 2 pm.

**SO ORDERED.**

Dated:  January 2, 2026
      New York, New York

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**