**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DAVID C. TWEEDY,                                       :
                                                       :
                              **Plaintiff,**    :
                                                       :        **1:24-cv-7202 (ALC)**
    **-against-**                                  :
                                                       :        <u>**TRANSFER ORDER**</u>
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
**RTI INTERNATIONAL,**                                 :
                          **Defendant.**    :
                                                       :
-------------------------------------------------------------

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff David Tweedy ("Plaintiff") brings this employment discrimination case for alleged violations that occurred while he was working in Brooklyn, New York. During a January 21, 2026 telephonic conference, Plaintiff and Defendant did not object to having this case transferred to the Eastern District of New York. Consequently, this action is transferred to the United States District Court for the Eastern District of New York.

Under 28 U.S.C. § 1391, this action may be brought in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located," or "(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated."   Since Plaintiff alleges that a substantial part of the events or omissions giving rise to his claims occurred in Brooklyn, which is located in the Eastern District of New York, the action should be and hereby is transferred to the United States District Court for the Eastern District of New York.   28 U.S.C. §§ 1391(b), 1406(a).

**SO ORDERED.**

**Dated:**   January 21, 2026
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

2